PROB 12B
ED/AR (12/2012)

# United States District Court

### for the

### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 4 2025

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  David Watson                          Case Number:   4:21-CR-00296-JM-1

Name of Sentencing Judicial Officer:   Honorable James M. Moody Jr.
                                       United States District Judge

Original Offense:   Felon in Possession of a Firearm

Date of Sentence:   April 6, 2023

Original Sentence:   32 months Bureau of Prisons followed by 3 years supervised release

| | | |
|---|---|---|
| Type of Supervision:   Supervised Release | Date Supervision Commenced:   TBD | |
| | Date Supervision Expires:   TBD | |
| U. S. Probation Officer:  Caitlin Avant | Asst. U.S. Attorney:   Lauren Eldridge | Defense Attorney:   To be appointed |

---

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒    To modify the conditions of supervision as follows:

**You must reside in a residential reentry center for a term of up to six months to commence upon release from imprisonment. You must follow the rules and regulations of the center.**

### CAUSE

Mr. Watson is set to release homeless from the Bureau of Prisons on October 23, 2025. He is requesting residency at a residential reentry center for up to six months to provide him with time to gain employment, save his income, and obtain his own residence. He reports he has no other viable release plan. The Federal Public Defender's Office has been advised of the proposed modification.

Caitlin Avant
U.S. Probation Officer

Date:  July 8, 2025

Lauren Eldridge
Assistant U.S. Attorney

Date:  7. 9. 25

Prob 12B                                - 2 -                    Request for Modifying the
                                                          Conditions or Term of Supervision
                                                              With Consent of the Offender

Name of Offender:  David Watson                    Case Number:  4:21-CR-00296-JM-1

Approved by:

*Brenna E. Crow*
_____
  Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____                    _____
  Honorable James M. Moody Jr.                Date     7/14/25
  United States District Judge

This form is to be filed with Criminal Docketing as an order and/or petition.

  c:
        Assistant U.S. Attorney Lauren Eldridge

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You must reside in a residential reentry center for a term of up to six months to commence upon release from imprisonment. You must follow the rules and regulations of the center.**

Witness _____          Signed _____
          *(U.S. Probation Officer)*                    *(Probationer or Supervised Releasee)*
                        DAVID WATSON

                  7/2/25
                    *(Date)*

Federal Public Defender _Lisa G. Peters_

Date _July 2, 2025_